# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | ED CV 15-2171 PSG (JCG) | Date | February 7, 2018 |
|---|---|---|---|
| Title | *William Perez, et al. v. County of Riverside, et al.* | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | |
|---|---|---|
| Kristee Hopkins | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO SERVE COMPLAINT WITHIN 120 DAYS**

Plaintiffs William Perez, Evangelina Perez, and William Perez ("Plaintiffs") filed their complaint ("Complaint") on October 21, 2015. [Dkt. No. 1.] Pursuant to Federal Rule of Civil Procedure 4(m), a plaintiff must serve a defendant within 120 days after the complaint is filed. Accordingly, Plaintiffs were required to serve Defendants the complaint no later than February 18, 2016. However, Plaintiffs have not filed a proof of service of the complaint. [*See generally* Docket.]

Where a "defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action . . . ." Fed. R. Civ. P. 4(m).

Accordingly, Plaintiffs are **ORDERED TO SHOW CAUSE**, in writing and by **February 21, 2018**, why this action should not be dismissed for failure to serve the Complaint, prosecute, and/or comply with court orders.

**Plaintiffs are cautioned that failure to timely file a response to this Order to Show Cause may result in the dismissal of this action without prejudice.**

**IT IS SO ORDERED**.

cc: Parties of Record

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 15-2171 PSG (JCG) | Date | February 7, 2018 |
|---|---|---|---|
| Title | *William Perez, et al. v. County of Riverside, et al.* | | |

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | | kh | |