JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM PEREZ, et al., | Case No. ED CV 15-2171-PSG (PJW) |
| Plaintiffs, | JUDGMENT |
| v. | |
| COUNTY OF RIVERSIDE, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Complaint and entire action be dismissed without prejudice.

DATED: 8/2/18

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

C:\Users\isabelmartinez\AppData\Local\Temp\notes95E17C\ED CV15-2171 PSG (PJW) Judgment.wpd